

**SHULMAN & HILL**
Attorneys at Law

MEMO ENDORSED

One State Street
15th Floor
New York, NY 10004
(212) 221-1000
www.shulman-hill.com

April 17, 2023

**Via ECF**
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

RE:   Finnegan v. Berben, 20 Civ. 10231 (KMK)

Dear Judge Karas,

I write respectfully, on behalf of Plaintiff Timothy Finnegan, to request an adjournment of the
pre-motion conference from May 9, 2023 to May 16, 2023, or any date that is convenient for the
court beginning May 13th and onward. In approximately August 2022, I planned a family
vacation for the first week and a half of May 2023. As such, I took this time off work and am
unable to be present for the conference. As the handling attorney, I am fully familiar with the
facts and procedural history of this case. This adjournment would allow me to be present at the
conference and able to fully and meaningfully participate. Counsel for Defendant has consented
to this request.

I thank you for your consideration of this request.

Granted. The conference is moved to 5/ **15** /23,
at **2** : **00**

So Ordered.

4/17/23

Cc: Attorneys of Record

Respectfully submitted,
/s/ Gabriella Orozco
Gabriella Orozco, Esq.
*Counsel for Plaintiff*

1