

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8561

July 10, 2023

By ECF
Hon. Kenneth M. Karas
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:    Finnegan v. Berben
            Docket No. 20 Civ. 10231 (KMK)(JCM)

Dear Judge Karas:

      I write respectfully, on behalf of Defendant Trooper Lawrence Berben, to request an adjournment of his time to file his motion for summary judgment from Friday, July 14, 2023, to Friday, July 28, 2023. The reason for the requested adjournment is that this matter was recently assigned to me from Assistant Attorney General Bahiya Lawrence, who left the Office of the Attorney General and, given my pre-existing schedule, it will be difficult to draft the motion by Friday in light of other deadlines.

      This is Defendant's first request for an adjournment of his time to file his summary judgment motion. I have conferred with opposing counsel, Lara Belkin, and she consents to this request. If the Court grants this request, the previous schedule, dated May 15, 2023 (ECF No. 76), would be adjusted as follows: (i) by July 28, 2023, Defendant shall file his motion for summary judgment; (ii) by September 28, 2023, Plaintiff shall file any opposition; and (iii) by October 28, 2023, Defendant shall file his reply.

      I thank the Court for its consideration of this request.

Granted.

So Ordered.
7/10/23

Respectfully submitted,

/s/ Neil Shevlin
Neil Shevlin
Assistant Attorney General
Neil.Shevlin@ag.ny.gov

cc: Counsel for Plaintiff (via ECF)