UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TIMOTHY A. FINNEGAN,

           Plaintiff,

- against -

STATE TROOPER LAWRENCE M. BERBEN,
Shield No. 4452 and NEW YORK STATE
TROOPERS JOHN AND JANE DOES NUMBERS
1-10,

           Defendants.

-----------------------------------------------------------X

No. 20 Civ. 10231(KMK)

X̶P̶R̶O̶P̶O̶S̶E̶D̶X̶ ORDER

It is ordered that Cayuga Correctional Facility shall make Incarcerated Individual Jeffrey Garrison, DIN #24R1379, available to testify by video in the above-captioned matter on February 4, 2025, from 9:00 a.m. to 12:00 p.m., or for however long thereafter it shall be necessary for him to complete his testimony.

Dated: White Plains, New York
       January 28, 2025

_____
Kenneth M. Karas
United States District Court Judge