UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY A. FINNEGAN,

                Plaintiff,

    v.

STATE TROOPER LAWRENCE M. BERBEN,

                Defendant.

No. 20-CV-10231 (KMK)

ORDER RE MOTIONS IN LIMINE

KENNETH M. KARAS, United States District Judge:

    For the reasons stated on the record during the January 29, 2025 Final Pre-Trial Conference, Plaintiff's Motion in Limine (Dkt. No. 107) is denied as moot and Defendant's Motion in Limine (Dkt. No. 105) is denied in part and granted in part.

    Specifically, Defendant's Motion is denied insofar as Defendant seeks to cross-examine Plaintiff regarding his parole status on February 18, 2019. Defendant's Motion is granted insofar as Defendant seeks to preclude Plaintiff from presenting evidence of or making reference to: (1) events occurring after the February 18, 2019 stop and frisk; or (2) New York State's willingness to indemnify Defendant, as far as such evidence pertains to the issue of liability. Plaintiff is to provide the Court with supplemental authority regarding the potential presentation of indemnification evidence as solely related to the issue of punitive damages.

SO ORDERED.

Dated:   January 31, 2025
           White Plains, New York

                                                KENNETH M. KARAS
                                                United States District Judge