UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMOTHY A. FINNEGAN,<br><br>      Plaintiff,<br><br>   -v-<br><br>STATE TROOPER LAWRENCE M. BERBEN,<br><br>      Defendant. | No. 20-CV-10231 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  Pursuant to the jury verdict entered on February 5, 2025, (*see* Dkt.), the Clerk of the Court is respectfully directed to enter judgment for Defendant and close the case.

SO ORDERED.

DATED:  March 27, 2025
      White Plains, New York

                             _____
                             KENNETH M. KARAS
                             UNITED STATES DISTRICT JUDGE