UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
TIMOTHY A. FINNEGAN,

                      Plaintiff,                    20 **CIVIL** 10231 (KMK)

     -against-                                    **JUDGMENT**

STATE TROOPER LAWRENCE M.
BERBEN,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Kenneth M. Karas, United States District Judge, the jury having returned a verdict in favor of Defendants and the Complaint is hereby dismissed.

**DATED:** New York, New York
             March 28, 2025

                                                               **TAMMI M. HELLWIG**

**So Ordered:**                                                      Clerk of Court

                                                    BY:

      _____                         _____
        U.S.D.J.                                                    Deputy Clerk